

**FILED**

MAY 18 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL NAVARRETTE,<br><br>    Petitioner,<br><br>vs.<br><br>M.S. EVANS, Warden,<br><br>    Respondent. | No. C 06-04937 JW (PR)<br><br>ORDER OF DISMISSAL |

Petitioner, a state prisoner incarcerated at Salinas Valley State Prison in Soledad, California, filed in <u>pro se</u> a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a conviction obtained in the Santa Clara County Superior Court in 1992. Prior to filing the instant petition, petitioner filed another petition in this district challenging the same conviction. <u>See</u> <u>Navarrette v. Pliler</u>, No. 99-20055 JW (PR). That petition was dismissed because it failed to state a claim upon which relief could be granted.

A second or successive petition may not be filed in the district court unless the petitioner first obtains from the United States Court of Appeals an order

Order of Dismissal
P:\PRO-SE\SJ.JW\HC.06\Navarrette04937_dismiss-succ.wpd

authorizing the district court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained from the United States Court of Appeals for the Ninth Circuit an order under 28 U.S.C. § 2244(b)(3)(A), authorizing him to file a second or successive petition in the district court. Accordingly, the instant petition is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

The clerk shall close the file.

DATED: May 18, 2007

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\HC.06\Navarrette04937_dismiss-succ.wpd   2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL NAVARRETTE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>M. S. EVANS, Warden,<br><br>　　　　Respondent. _____/ | Case Number: CV06-04937 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __5/18/07__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Cecil Navarrette E-30142
S.V.S.P.
P. O. Box 1050
Soledad, CA 93960-1050


Dated: __5/18/07__

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Elizabeth Garcia, Deputy Clerk